UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEYCY ALEJANDRA GARCIA MANZANO,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 24-cr-0525-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On April 5, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 12, 2024 to June 7, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 16] and sets the Motion Hearing/Trial Setting on June 7, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties have reached a resolution in this case and additional time is needed to lodge the plea agreement and schedule a change of plea hearing before a magistrate judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1    Further, on March 29, 2024, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 29, 2024 to June 7, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 4/9/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE